```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ IAN L. GARRIQUES
   │ Assistant U.S. Attorney
 3 │ 2500 Tulare Street, Suite 4401
   │ Fresno, California 93721
 4 │ Telephone: (559) 497-4000
   │ Facsimile: (559) 497-4099
 5 │
   │ Attorneys for the
 6 │ United States of America
```



FILED
JUL 11 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12 MJ 00155 GSA |
| Plaintiff, | APPLICATION AND ORDER SEALING COMPLAINT AND AFFIDAVIT |
| v. | |
| JANE DOE #1, JANE DOE #2, ADAN ZARAGOZA and BAMBI LNU | |
| Defendants. | |

The United States of America requests that the complaint and affidavit in support of the complaint herein be sealed to prevent the potential flight of the defendants, to protect the integrity of the underlying investigation, and to prevent the possible destruction of evidence until further order of the Court.

DATED: July 9, 2012                BENJAMIN B. WAGNER
                                    United States Attorney

                            By:    /s/ Ian Garriques
                                    IAN L. GARRIQUES
                                    Assistant U.S. Attorney

SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint herein be sealed until further order of the Court.

DATED: July 11, 2012

HON. ~~SHEILA K. OBERTO~~ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE