BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-MJ-00155-GSA |
| Plaintiff, | MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT |
| v. | |
| Adan ZARAGOZA, BAMBI LNU, JANE DOE#1, and JANE DOE#2, | |
| Defendants. | |

The United States of America hereby applies to this Court for an order unsealing the complaint and affidavit in support of the complaint previously sealed herein by the Court on July 11, 2012. Due to the intervening arrests of most of the defendants, the complaint and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the complaint and affidavit be unsealed and made public record.

DATED: July 13, 2012            BENJAMIN B. WAGNER
                                United States Attorney

                           By:  /s/ Ian L. Garriques
                                IAN L. GARRIQUES
                                Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:12-MJ-00155-GSA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL COMPLAINT AND |
| v. ) | AFFIDAVIT |
| ) | |
| Adan ZARAGOZA, ) | |
| BAMBI LNU, ) | |
| JANE DOE#1, and ) | |
| JANE DOE#2, ) | |
| ) | |
| Defendants. ) | |

The complaint and affidavit in support of the complaint, having been sealed by order of this Court on July 11, 2012, and it appearing that the complaint and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint herein be unsealed and made public record.

IT IS SO ORDERED.

Dated:   **July 13, 2012**                         /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE

2